NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K R Tools, Inc., a California corporation, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>Meridian International Co., Ltd., a Chinese corporation, and DOES 1-25, <br><br>　　　　　Defendants. <br>_____ <br><br>and Counterclaim | CASE NO. CV11-01092JFW (AJWX) <br><br>ORDER (DISMISSAL) |

　　　Pursuant to settlement and stipulation by the parties the above action is dismissed in its entirety, with prejudice, each party to bear its own costs.

Date: August 11, 2011　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -
**ORDER**

2891431.1